

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

On March 9, 2022, we dismissed appellant Edifika Investments, LLC d/b/a Military Village Apartments' appeal for want of prosecution because appellant failed to respond to our show cause order regarding whether he paid or made arrangements to pay the district clerk's fee or was entitled to a free clerk's record. On March 24, 2022, counsel for Edifika Investments filed a motion for rehearing requesting we reinstate the appeal because he did not properly calendar the appellate deadlines. After considering the motion and the response filed by appellee Chain & Chain Construction, LLC, we **grant** Edifika Investments' motion for rehearing, withdraw this court's opinion and judgment issued on March 9, 2022, and reinstate the appeal on this court's active docket. At this time, the clerk's record has been filed. We therefore **order** court reporters, Judy Mata and Tracy Plummer, to file their portion of the reporter's record **by June 6, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.



Michael A. Cruz,
Clerk of Court